**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BLOOM ENERGY CORPORATION, | § | |
| Plaintiff | § | |
| v. | § | CIVIL ACTION NO. 2:22-cv-101 |
| PLANSEE SE and GLOBAL TUNGSTEN AND POWDERS CORPORATION, | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Before the Court is Plaintiff's Motion for Leave to File Complaint Under Seal (the "Motion"). Having considered the Motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that Plaintiff be, and are hereby, granted leave to file its Complaint under seal.